**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00538-CR

**STEPHEN CRAIG MESHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-48317-Y**

## ORDER

We **GRANT c**ourt reporter Kelly Simmons's request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE